US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

AUG 2 6 2025

Ronald E. Dowling
By_____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )  Case No. 5:25-CR-500____79____-001 |
| | ) |
| v. | ) |
| | )  18 U.S.C. § 2252A(a)(2) |
| | )  18 U.S.C. § 2252A(b)(1) |
| | )  18 U.S.C. § 2252A(a)(5)(B) |
| JOSHUA MCGEE | )  18 U.S.C. § 2252A(b)(2) |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### [Receipt of Child Pornography]

On or between June 19, 2025 and continuing through about July 11, 2025, in the Western District of Arkansas, Fayetteville Division, the Defendant, JOSHUA MCGEE, knowingly received child pornography, as that term is defined by Title 18, United States Code, Section 2256(8)(B), namely a video file with a hash value ending in "B11CF75", using any means and facility of interstate and foreign commerce and that had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce by any means, including computer, and attempted to do so.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

### COUNT TWO
### [Possession of Child Pornography]

On or about July 11, 2025, in the Western District of Arkansas, Fayetteville Division, the Defendant, JOSHUA MCGEE, knowingly possessed material that contained images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(B), including images of minors under the age of 12, that had been mailed, and shipped and transported in

interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in or affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

### FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Counts One through Two of this Indictment. Upon conviction of any Count of this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253 the Defendant's interest in:

1.       any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Indictment;

2.       any property, real or personal, used or intended to be used to commit or to promote the commission of the offense in the Indictment. The property to be forfeited includes, but is not limited to, the following:  Gray PNY 256GB USB, Black SanDisk Cruzer Glide 64GB USB, Samsung Extreme Pro 128 GB USB, Blue Samsung Portable SSD T5 MU-PA5008 (S/N: S3UJNP0K808506J), Red crawfish USB, Apple MacBook Pro A1398 (S/N: C02PP3X4G3QD), Apple Mac Mini A2348 (S/N: H2WF41T4Q6NY), Apple Mac Mini A1355 (S/N: 6F9463ECACD), Apple iPad Air 11 A2902 (S/N: C694FWPVPK), and an Apple iPhone 14 Pro

2

A2650 (S/N: DHPVDH2DYD).

3.    If any of the property subject to forfeiture, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating by reference Title 21, United States Code, Section 853 to seek forfeiture of any other property of said Defendant up to the value of the above forfeitable property.

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

By:    ~Tyler Williams~

Tyler Williams
Assistant U. S. Attorney
Arkansas Bar No. 2013171
414 Parker Avenue
Fort Smith, AR 72901
479-249-9042
E-mail: tyler.williams@usdoj.gov

3